# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL THOMAS, | 1:08-cv-00646 AWI DLB HC |
| Petitioner, | ORDER GRANTING PETITIONER'S REQUEST TO FILE EXHIBIT "T" UNDER SEAL |
| v. | [Doc. 3] |
| D.G. ADAMS, Warden | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner filed the instant federal petition for writ of habeas corpus on May 7, 2008, along with a motion to file Exhibit "T" under seal. Local Rule 39-141(a) allows the Court to seal documents only upon written order of the Court. Generally, the content of such documents are of a nature that require the Court to maintain the confidentiality of the document. Petitioner states that there is confidential information contained in the exhibit which may potentially subject him to retaliation and jeopardize the safety of himself and other individuals. Based on the showing of good cause, Petitioner's motion to file Exhibit "T" under seal is GRANTED.

IT IS SO ORDERED.

Dated:   **May 29, 2008**               **/s/ Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE

1